# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) 1:10-CR-00467 LJO
)
ABLE ROBLEDO

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testificandum.

Name of Detainee: **ABLE ROBLEDO**

Detained at (custodian): **Wasco State Prison, Wasco, California**

Detainee is: a.) ☒ charged in this district by:
☒ Indictment ☐ Information ☐ Complaint
Charging Detainee With: **18 U.S.C. §371- Conspiracy; 26 U.S.C. § 7206(2) Aiding and Assisting in the Preparation and Presentation of False and Fraudulent Income Tax Returns; 26 U.S.C. § 7206(1) Making and Subscribing False Income Tax Returns**.

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Kirk E. Sheriff
Printed Name & Phone No: **Kirk E. Sherriff, (559) 497-4000**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith,* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 12/6/10

United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | California Dept. of Corrections No. P20293 | DOB: | |
| Facility Address: | 701 Scofield Avenue | Race: | |
| | Wasco, CA | FBI #: | 668056EA4 |
| Facility Phone: | (661) 758-8400 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____ _____
(Signature)

Form Crim-48                                                                                                         Revised 11/19/97