Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | **ABEL ROBLEDO** |
| **Docket Number:** | 1:10CR00467-01 LJO |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Lawrence J. O'Neill<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 05/06/2011 |
| **Original Offense:** | 18 USC 371, Conspiracy (CLASS D FELONY) |
| **Original Sentence:** | 24 months custody Bureau of Prisons; 36 months supervised release; $100 special assessment; $13,167.50 restitution; mandatory drug testing |
| **Special Conditions:** | 1) Search; 2) No dissipation of assets; 3) Financial disclosure; 4) Financial restrictions; 5) Drug/alcohol treatment; 6) Drug/alcohol testing; 7) No alcohol; 8) Aftercare co-payment; 9) Sex offender registration; 10) Cooperate with IRS; 11) Employment/Community Service; and 12) No gang associations |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 10/17/2012 |
| **Assistant U.S. Attorney:** | Kirk E. Sherriff     **Telephone:** 559-497-4000 |
| **Defense Attorney:** | Ann H. McGlenon     **Telephone:** 559-487-5561 |
| **Other Court Action:** | None |

RE:     **Abel Robledo**
        **Docket Number:  1:10CR00467-01 LJO**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall engage in inpatient treatment at Westcare for up to six months, as directed by the probation officer. The offender shall not discharge from the program without the permission of the probation officer or program director.

**Justification:** The supervisee released from the Bureau of Prison on October 17, 2012, after serving 24 months. He appeared to be stable as he was living with his brother and attending the 18-month alcohol program at Kings View. The supervisee was compliant with the conditions of supervision until February 4, 2013, when he admitted, verbally and in writing, ingesting methamphetamine on or about January 31, 2013. In fact, he admitted ingesting methamphetamine on three separate occasions prior to the latter date. In addition, on February 13, 2013, the supervisee submitted a urine specimen which subsequently tested positive for the use of amphetamine/methamphetamine.

On February 21, 2013, the supervisee entered the 14-day detox center at The Comprehensive Addiction Program (CAP) after he admitted to his girlfriend that he ingested methamphetamine. The undersigned officer met with him at CAP and discussed his struggles with sobriety. The supervisee is having a difficult time "staying away from it" and requests residential treatment. Because of his sex offense in 1989, and his requirement to register as a sex offender, residential treatment is limited. However, Westcare will accept the supervisee into their residential program for up to six months (subject to additional county funding). The supervisee agrees with the proposed modification to his special conditions and signed the Probation 49, *Modification of Special Conditions,* waiver. The signed waiver is attached for the Courts review. The undersigned officer has no objection providing the supervisee with this opportunity to address his drug addiction via residential treatment.

RE:    Abel Robledo
        Docket Number:  1:10CR00467-01 LJO
        <u>PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

Respectfully submitted,

JOSE T. PULIDO
Senior United States Probation Officer
Telephone:  (559) 499-5725

DATED:    February 26, 2013
                Fresno, California
                jtp

REVIEWED BY:

HUBERT J. ALVAREZ
Supervising United States Probation Officer

RE:    Abel Robledo
       Docket Number:  1:10CR00467-01 LJO
       <u>PETITION TO MODIFY THE CONDITIONS OR TERM
       OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

---

**THE COURT ORDERS:**

(✓)    Modification approved as recommended.

( )    Modification not approved at this time.  Probation Officer to contact Court.

( )    Other:


_____Feb 27, 2013_____          _____
            Date                         Signature of Judicial Officer


cc:    United States Probation
       Kirk E. Sherriff, Assistant United States Attorney
       Ann H. McGlenon, Assistant Federal Defender
       Defendant
       Court File

# United States District Court

## Eastern District of California

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall engage in inpatient treatment at WestCare for up to six months, as directed by the probation officer. The offender shall not discharge from the program without the permission of the probation officer or program director.

Witness _____  Signed _____
Tim Mechem                        Abel Robledo
Sr. U.S. Probation Officer        Supervised Releasee

_____2/20/14_____
Date