HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
ann_mcglenon@fd.org

Attorney for Defendant
ABEL ROBLEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:10-cr-00467-LJO-1 |
|---|---|---|
| *Plaintiff,* | ) | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | ) | Date:   October 24, 2016 |
| ABEL ROBLEDO, | ) | Time:   8:30 a.m. |
| *Defendant.* | ) | Judge:  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel, Kirk Sherriff, Assistant United States Attorney, counsel for plaintiff, and Ann H. McGlenon, Assistant Federal Defender, counsel for defendant, ABEL ROBLEDO, that the sentencing hearing currently set for October 3, 2016, **may be continued to October 24, 2016**, at **8:30 A.M.**

The requested continuance is to continue investigation and negotiation.

///

///

///

///

///

|   |   |
|---|---|
|   | PHILLIP A. TALBERT<br>Acting United States Attorney |
| Dated: September 28, 2016 | /s/ *Kirk Sherriff*<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILIAMS<br>Federal Defender |
| Dated:  September 28, 2016 | /s/  *Ann H. McGlenon*<br>ANN H. MCGLENON<br>Assistant Federal Defenders<br>Attorney for Defendant<br>ABEL ROBLEDO |

**ORDER**

The sentencing as to Abel Robledo hearing currently set for October 3, 2016 is **continued to October 24, 2016**, at 10:00 A.M.

IT IS SO ORDERED.

Dated:  **September 29, 2016**          /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE

Robledo: Stipulation to Continue
Sentencing; Proposed Order